1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

ORLANDO GARCIA,

Case No.  21-cv-06727-SI   (SI)

Plaintiffs,

8

v.

9

**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT**

CONNIE LEUNG, et al.,

10

Defendants.

11

12

13

The parties to the action, by their counsel, have advised the court that they have agreed to a

14

settlement.

15

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

16

However, that if any party hereto certifies to this court, with proof of service of a copy thereon on

17

opposing counsel, within ninety days from the date hereof (2/2/2022), that settlement has not in

18

fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the

19

calendar for further proceedings.

20

**IT IS SO ORDERED**.

21

Dated: November 4, 2021

22

23

SUSAN ILLSTON
United States District Judge

24

25

26

27

28

*United States District Court*
*Northern District of California*