CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br>          Plaintiff,<br><br>    v.<br><br>CONNIE LEUNG, in individual and representative capacity as trustee of the Wong/Leung Family Trust, U.D.T ('' Under Declaration of Trust'') dated May 16, 2016; KIN CHUNG WONG, in individual and representative capacity as trustee of the Wong/Leung Family Trust, U.D.T ('' Under Declaration of Trust'') dated May 16, 2016; DRAGON CITY, INC., a California Corporation<br>          Defendants. | **Case:** 3:21-cv-06727-SI<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Connie Leung, in individual and representative capacity as trustee of the Wong/Leung Family Trust, U.D.T ('' Under Declaration of Trust'') dated May 16, 2016; Kin Chung Wong, in individual and representative capacity as trustee of the Wong/Leung Family Trust, U.D.T ('' Under Declaration of Trust'') dated May 16, 2016 and Dragon City, Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

| | |
|---|---|
| Dated: December 02, 2021 | CENTER FOR DISABILITY ACCESS |
| | By: /s/ Amanda Seabock |
| | Amanda Seabock |
| | Attorneys for Plaintiff |

2